)                                      )                      **FILED**

2002 SEP 30  PM 3: 17

CLERK, U.S. DISTRICT COURT
OCALA, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

MATTHEW GREEN,

       Plaintiff,

vs.                                    CASE NO.: 5:02-cv-290-Oc-10GRJ

VENTURE ASSOCIATES CORPORATION,
a Florida corporation,

       Defendant.

_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

The Plaintiff, MATTHEW GREEN, sues the Defendant, VENTURE ASSOCIATES CORPORATION, and alleges:

1.      This is an action for a violation of the Family and Medical Leave Act of 1993, as amended, 29 USC §§2601 et. seq., as well as for breach of an employment contract.

2.      This Court has jurisdiction pursuant to 29 USC §2617(a)(2).

3.      VENTURE is a Florida corporation licensed and authorized to do business in this state.

4.      In or about February 1997, GREEN began employment with VENTURE at its residential golf development known as Ocala Palms.

5.      GREEN was continuously employed by VENTURE from February 1997 through May 24, 2002.

6.      GREEN is an eligible employee as defined in 29 USC §2611(2).

)                                    )

7.    VENTURE is an employer as defined in 29 USC §2611(4).

8.    On or about October 1, 2001, GREEN discovered that his wife, Angela, was pregnant.

9.    From October 2001 until his daughter was born on May 28, 2002, GREEN repeatedly told his supervisor that he intended to take two weeks off work to spend with his wife and daughter.

10.    On May 28, 2002, GREEN called his Assistant, Jay Crooms, to deliver the message that his daughter had been born, and to tell GREEN's supervisor that GREEN would be back to work on June 7, 2002.

11.    Instead of approving GREEN's leave, VENTURE fired GREEN by sending him a certified letter dated May 31, 2002, a copy of which is attached hereto as Exhibit "A".

## COUNT I

12.    GREEN realleges each of the allegations contained in paragraphs 1-11 above.

13.    VENTURE's act of firing GREEN violates the Family and Medical Leave Act.

14.    Pursuant to Rule 38, Fed. R. Civ. P., GREEN indorses upon this Complaint his demand for trial by jury of any issue triable of right by a jury.

WHEREFORE, the Plaintiff, MATTHEW GREEN, seeks judgment against the Defendant, VENTURE ASSOCIATES CORPORATION, for

)                                    )

a)      back wages, salary, employment benefits, or other compensation denied or lost to GREEN by reason of the violation;

b)      the interest on the amount described in subparagraph a above, calculated at the prevailing rate;

c)      an additional amount as liquidated damages equal to the sum of the amounts described in subparagraphs a and b above;

d)      such equitable relief as may be appropriate, including reinstatement; and

e)      reasonable attorney's fees, reasonable expert witness fees, and other costs of this action.

## COUNT II

15.     GREEN realleges each of the allegations contained in paragraphs 1-11 above.

16.     At the time he was fired by VENTURE, GREEN was employed under the terms of a written contract dated September 19, 2001, a copy of which is attached hereto as Exhibit "B".

17.     During the term of his employment with VENTURE, GREEN was subject to an Employee Handbook. The cover page and page 9 of the Employee Handbook are attached hereto as composite Exhibit "C".

18.     Pursuant to the VENTURE Employee Handbook, GREEN was entitled to up to a total of 12 work weeks of unpaid job-protected leave for reasons including the birth of a child.

)                    )

19.    GREEN's firing was a breach of his contract of employment with VENTURE.

20.    GREEN has been damaged by VENTURE's breach of the parties' contract of employment.

21.    GREEN is obligated to pay his attorneys a reasonable fee for their services, and VENTURE is liable to GREEN for his attorney's fees pursuant to Fla. Stat. §448.08.

22.    Pursuant to Rule 38, Fed. R. Civ. P., GREEN indorses upon this Complaint his demand for trial by jury of any issue triable of right by a jury.

WHEREFORE, Plaintiff, MATTHEW GREEN, seeks judgment against the Defendant, VENTURE ASSOCIATES CORPORATION, for

a)    damages including back pay and lost benefits;

b)    reinstatement to the employment he enjoyed at the time he was unlawfully fired;

c)    reasonable attorney's fees and costs of this action, and other relief deemed appropriate by this Court.

BLANCHARD, MERRIAM,
ADEL & KIRKLAND, P.A.

By_____
Garry D. Adel
Post Office Box 1869
Ocala, Florida 34478
352/732-7218
Florida Bar Number 352829
Attorneys for Plaintiff



May 31, 2002


Matt Green
13689 South Highway 475
Summerfield, Florida 34491

Dear Matt:

Your resignation by abandonment of your position is accepted, effective May 24, 2002.

Sincerely,

Arthur F. Tait, Jr.
President


AFT:lsd




CERTIFIED #7001 0320 001 8497 6002




EXHIBIT "A"

_____ 5000 North U.S. Highway 27 • Ocala, Florida 34482 • (352) 732-5450



**VENTURE ASSOCIATES**
CORPORATION

## ACCOUNTING DEPARTMENT
## PAYROLL CHANGE REQUEST

Employee Name: _Matt Green_

Department: _Pro Shop / Club Manager_

Effective Date: _____

*Reason for requested payroll change:*

A. _X_ Salary Increase:  From: _____/per hr.To_____/per hr.

_26,000 + mileage_  From: _____/per wk.To_____/per wk.

B. _____ Salary Decrease:  From: _____/per hr.To_____/per hr.

From: _____/per wk.To_____/per wk.

C. _____ Delete from payroll due to: _____ Termination _____ Layoff

_____ Quit _____ Sick/Disabled

_____ Other

D. _____ Add to Payroll: _____/per hr. _____/per wk.

E. _____ Vacation Date: From: _____To: _____

Pay in Advance: ___Yes ___No

F. _____ Department Change  To: _____

_____   _____
Supervisor                 Approved by

_____   _9-19-01_____
Date                       Date                    Rev
06/94

_CONDITIONED ON CONTINUED SATISFACTORY PERFORMANCE MM._

_Salary Increase Mar 1, 2002 in the Amount of $1,000_

_Additional Salary Increase on Sept 1, 2002 in the Amount of a $1700.00_

_Golf Membership Incentives / Bonuses available on a monthly basis._

EXHIBIT "B"


**VENTURE ASSOCIATES CORPORATION**

*A RESIDENTIAL COMMUNITY DEVELOPER*

# EMPLOYEE HANDBOOK

*VENTURE ASSOCIATES CORPORATION*
5000 N. U.S. Highway 27
Ocala, Florida 34482

*Prepared by Personnel Section*
*Accounting Department*
*(352) 732-5000*

*as updated*
*January 1, 1999*

EXHIBIT "C"

**EMPLOYEE BENEFITS (continued)**

## SICK LEAVE

The purpose of the sick leave is to provide employees with time in the event of an illness or injury. **This policy must not be abused.**

A. All full-time employees will accrue 1 sick day (8 hours) each quarter.

B. Sick hours may be carried forward from one year to another, but at no time may the total number of sick hours accrued exceed 80 hours or 10 days.

C. Once sick days are used, (employee may use partial days/or hours) accrual must start again.

D. Employees will not receive pay in lieu of sick leave.

E. Any employee terminated or leaving the employment will lose sick hours accumulated and will not be paid for same.

F. Eligibility begins after the probationary period and after one complete quarter has been worked.

For illnesses lasting over three days employees must supply their supervisors with a written doctor's authorization to return to work. However, the supervisor at his discretion or at the discretion of the Personnel Office may ask for a doctor's slip for illness lasting under three days.

After an employee has accumulated ten (10) sick leave days, he or she may be permitted to use one (1) day per year for personal business after five years employment with Venture Associates Corporation and when permission has been granted in advance from the department supervisor.

## DISABILITY LEAVE

A. Any full-time employee who is disabled for more than three consecutive days must have a doctor's statement authorizing a return to work.

B. Any absence for longer than three days without a doctor's statement will be grounds for termination without additional cause.

C. It is company policy to consider rehiring a disabled employee once the disability has been rectified or cured. However, the availability of the position is not guaranteed.

D. Employees are not paid during disability leave.

## EXTENDED FAMILY & MEDICAL LEAVE

Venture Associates will grant a full-time eligible employee up to a total of 12 work weeks of unpaid job-protected leave during any 12 month period for one or more of the following reasons:

A. Birth or placement of a child for adoption or foster care.

B. Care for an immediate family member (spouse, child, or parent) with a serious health condition.

C. Medical leave when the employee is unable to work because of a serious health condition.

Eligible employees include

A. Employee has been continuously employed by the corporation for a total of 12 months.

B. Employee has worked at least 1250 hours over the prior 12 months.

9